UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA VASCONEZ ALARCON, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

PLEASANT HOSPITALITY GROUP, INC.
    d/b/a CRAFT PIZZA & BEER,
GREELEY PIZZA CORP.
    d/b/a PIZZA STATION,
DARNOV LLC
    d/b/a PIZZA STATION,
TACO STREET BAR & KITCHEN INC.
    d/b/a TACO STREET BAR & KITCHEN,
MIHAILO DARMANOVIC
    a/k/a DAVID DARMANOVIC, and
RADOMAN BOJOVIC,

                Defendants.

---

Case No.: 7:24-cv-07914

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MARIA VASCONEZ ALARCON hereby accepts and provides notice that she has accepted defendants Pleasant Hospitality Group, Inc. d/b/a Craft Pizza & Beer, Taco Street Bar & Kitchen Inc. d/b/a Taco Street Bar & Kitchen, Mihailo Darmanovic a/k/a David Darmanovic, and Radoman Bojovic ("Defendants")'s Offer of Judgment dated July 31, 2025, and annexed hereto as **Exhibit A**.

Dated: August 13, 2025

                                  Respectfully submitted,

                              By: _____
                                  C. K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011

Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Edward J. Phillips, Esq.
KEANE & BEANE, P.C.
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601
ephillips@kblaw.com
*Attorney for Defendants Pleasant Hospitality Group, Inc.,*
*Darnov LLC, Taco Street Bar & Kitchen Inc.,*
*Mihailo Darmanovic a/k/a David Darmanovic,*
*and Radoman Bojovic*

By: _____
C.K. Lee, Esq.