UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA VASCONEZ ALARCON, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*

           Plaintiff,

v.

PLEASANT HOSPITALITY GROUP, INC.
    d/b/a CRAFT PIZZA & BEER,
GREELEY PIZZA CORP.
    d/b/a PIZZA STATION,
DARNOV LLC
    d/b/a PIZZA STATION,
TACO STREET BAR & KITCHEN INC.
    d/b/a TACO STREET BAR & KITCHEN,
MIHAILO DARMANOVIC
    a/k/a DAVID DARMANOVIC, and
RADOMAN BOJOVIC,

           Defendants.

**Case No.**: 7:24-cv-07914

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Pleasant Hospitality Group, Inc. d/b/a Craft Pizza & Beer, Taco Street Bar & Kitchen Inc. d/b/a Taco Street Bar & Kitchen, Mihailo Darmanovic a/k/a David Darmanovic, and Radoman Bojovic (collectively "Defendants"), having offered to allow Plaintiff Maria Vasconez Alarcon ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgment Amount"), to resolve Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 31, 2025 and filed as Exhibit A to Docket Number 33;

**WHEREAS**, on August 13, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 33);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Maria Vasconez Alarcon, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 31, 2025 and filed as Exhibit A to Docket Number 33. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025        _____
      New York, New York                                                                    U.S.D.J.