**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA VASCONEZ ALARCON,

                                Plaintiff,                **SCHEDULING ORDER**

      -against-                                             24 Civ. 7914 (NSR)(JCM)

PLEASANT HOSPITALITY GROUP, INC., *et al.*

                                Defendants.
-----------------------------------------------------------------X

       Since Plaintiff has accepted Defendants' Rule 68 Offer of Judgment, the Status Conference scheduled for September 5, 2025 at 11:30 a.m. before the undersigned is canceled.

Dated: August 19, 2025
       White Plains, New York

                                                 **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge